Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.172.87.57,<br><br>　　　　　Defendant. | Case Number: 3:17-cv-02317-JAH-BLM<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

PLEASE TAKE NOTICE, pursuant to CIVLR 40.2 and Fed. R. Civ. P. 7.1, Plaintiff's parent corporation is General Media Systems, LLC.  There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

Dated: November 15, 2017

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: /s/ *Lincoln D. Bandlow*
　　　　　　　　　　　　　　　　Lincoln D. Bandlow, Esq.
　　　　　　　　　　　　　　　　FOX ROTHSCHILD LLP
　　　　　　　　　　　　　　　　*Attorney for Plaintiff*