J. Curtis Edmondson, CSB# 236105
Law Offices of J. Curtis Edmondson
Venture Commerce Center
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

Attorney for Defendant DOE 76.172.87.57

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned<br>IP address 76.172.87.57,<br><br>　　　Defendant | ) Case No.: 17-cv-2317-JAH-BLM<br>)<br>) **NOTICE OF APPEARANCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Counsel for Defendant JOHN DOE subscriber assigned IP address 76.172.87.57 appears on his or her behalf.

Dated: February 12, 2018　　　　Signed: _____
　　　　　　　　　　　　　　　　　　　J. Curtis Edmondson
　　　　　　　　　　　　　　　　　　　Attorney for Defendant