Kiren Rockenstein, CSB# 312301
Law Offices of J. Curtis Edmondson
Venture Commerce Center
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: kirenr@edmolaw.com

Attorney for Defendant DOE 76.172.87.57

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN DOE subscriber assigned ) <br> IP address 76.172.87.57, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 17-cv-2317-JAH-BLM <br><br> **NOTICE OF APPEARANCE** |

　　Counsel for Defendant JOHN DOE subscriber assigned IP address 76.172.87.57 appears on his or her behalf.

Dated: <u>February 12, 2018</u>　　　　　Signed: _____
　　　　　　　　　　　　　　　　　　　　　　　Kiren Rockenstein
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant