# **EXHIBIT A**

J. Curtis Edmondson, CSB# 236105
Kiren Rockenstein, CSB# 312301
Edmondson IP Law
Venture Commerce Center
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com
Email: kirenr@edmolaw.com

Attorney for Defendant DOE 76.247.176.87

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | Case No.: 3:17-cv-2317-JAH-BLM |
| ) | |
| Plaintiff, ) | **DEFENDANT JOHN DOE'S** |
| ) | **RULE 68 OFFER OF JUDGMENT** |
| vs. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 76.172.87.57, ) | |
| ) | |
| Defendant ) | |

Defendant JOHN DOE subscriber assigned IP address 76.172.87.57 ("DOE") pursuant to FRCP 68, makes the following offer of judgment on STRIKE 3 HOLDINGS, LLC ("S3H") who has alleged infringement of the movies ("Works"), as attached to Exhibit A of their Complaint at Docket 1:

Whereas DOE offers the following to S3H:

DOE'S OFFER OF JUDGMENT

Page 1

1. Judgment shall be entered in the amount of $ 3,250.00 which includes all damages (statutory and/or actual), costs, and attorney fees for the claim of all copyright infringements, if any, as alleged in the complaint;

2. DOE shall:

    a. be permanently enjoined from any future infringements of S3H's copyrighted Works as alleged in the Complaint;

    b. delete and permanently remove the digital media files relating to S3H's Works as alleged in the complaint from each of the computers under DOE's possession, custody or control;

If DOE's offer is accepted by S3H within the period of 14 days after service, judgment shall be entered according to "1" and "2" above.

Respectfully Offered,

Dated: March 8, 2018

J. Curtis Edmondson (CASB #236105)
Edmondson IP Law
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Email: jcedmondson@edmolaw.com
Attorney for DOE

DOE'S OFFER OF JUDGMENT

Page 2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2018, I served a copy of the foregoing *RULE 68 OFFER* by mail on the following (below):

    Lincoln Bandlow
    Fox Rothschild LLP
    10250 Constellation Blvd., Suite 900
    Los Angeles, CA 90067

Dated: March 8, 2018

J. Curtis Edmondson