

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Strike 3 Holdings, LLC | Civil Action No.  17CV2317-JAH(BLM) |
| **Plaintiff,** | |
| V. | |
| John Doe, subscriber assigned IP address 76.172.87.57 | JUDGMENT IN A CIVIL CASE |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On March 9, 2018, Defendant filed a Notice of an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68. On March 22, 2018, Plaintiff filed its Notice of Acceptance of Offer of Judgment along with a true and correct copy of Defendant's Offer of Judgment for, inter alia, $3,250.00. Plaintiff received a check for the complete amount on April 17, 2018. Defendant has fully satisfied the monetary portions of the Judgment and Plaintiff desires to release Defendant from the monetary portions of the Judgment and acknowledges that said monetary portions of the Judgment have been fully and completely satisfied.

Date:        5/18/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Petersen

J. Petersen, Deputy